IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EVA MARIE FISHER, | ) | 8:18CV538 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JODY RUPTON, TIMOTHY BOLLINGER, MR. COTTRELL, I. FRANKLIN, and F.M.C. CARSWELL, | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's motion to dismiss (filing 11) is granted, and this action is dismissed without prejudice.

2. Judgment shall be entered by separate document.

DATED this 20th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge